IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| RAMIRO RANGEL, JR., | ) NO.: 20-04494 |
| THALIA I. RANGEL, | ) |
| | ) CHAPTER 13 |
| Debtors, | ) |
| | ) JUDGE: LASHONDA A. HUNT |
| | ) (Joliet) |

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

Now comes Lakeview Loan Servicing, LLC by M & T Bank, the servicing agent, by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that Confirmation be denied, stating as follows:

1. On February 19, 2020, the Debtors filed the instant bankruptcy petition under Chapter 13 of the Bankruptcy Code (11 U.S.C. Sec. 1301 et seq.)

2. Lakeview Loan Servicing, LLC by M & T Bank, the servicing agent services the mortgage lien on the real property commonly known as 16937 Hazelwood Dr, Plainfield, Il 60586.

3. Lakeview Loan Servicing, LLC by M & T Bank, the servicing agent is preparing to file a claim secured by an interest in the real property commonly known as 16937 Hazelwood Dr, Plainfield, Il 60586.

4. The proof of claim that Lakeview Loan Servicing, LLC by M & T Bank, the servicing agent intends to file includes an estimated pre-petition arrearage in the amount of $12,877.64.

5. However, Part 3.1 of the Debtors' Chapter 13 plan provides for payment of $3,700.00 in pre-petition mortgage arrears over the life of the plan, which contravenes Lakeview

Loan Servicing, LLC by M & T Bank, the servicing agent's rights under 11 U.S.C. §1322(b)(2) and/or §1322(b)(5).

6. Additionally, given that the estimated arrears are higher than provided for in the plan, the plan raises feasibility issues.

7. Therefore, sufficient grounds exist for the denial of confirmation as Debtors' plan is unfeasible and fails to cure the pre-petition arrears due to Lakeview Loan Servicing, LLC by M & T Bank, the servicing agent.

WHEREFORE, Lakeview Loan Servicing, LLC by M & T Bank, the servicing agent respectfully prays that Confirmation of the Debtors' Chapter 13 Plan be denied, and for such other and further relief as this Honorable Court deems just.

Respectfully Submitted,

Lakeview Loan Servicing, LLC by M & T Bank, the servicing agent
/s/Kinnera Bhoopal
Kinnera Bhoopal
ARDC# 6295897 cc

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088